# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE



**Randall C. Lohan**
Clerk of Court

**Robert L. Rebeck**
Chief Deputy

U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

May 22, 2025

TO:

**Chumahan Benjamin Bowen**
Wilshire Law Firm, PLC
3055 Wilshire Boulevard 12th Floor
Los Angeles, CA 90010

**L. Ashley Aull**
Munger Tolles and Olson LLP
350 South Grand Avenue 50th Floor
Los Angeles, CA 90071-3426

RE:   USDC/DE Case no. 1:25-cv-0633-UNA
Central District of California Case no. 2:25-cv-02043-MCS-KS
<u>Alessandro Schiassi et al v. Intel Corporation et al</u>

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on 5/22/2025.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

(d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e)  Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

May 22, 2025
Page 2

 (1) The filing of the first paper filed on its behalf; or
 (2) The filing of a case transferred or removed to this Court.

 Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

 Please have your local counsel enter an appearance on or before 6/23/2025.

               Sincerely,

               Randall C. Lohan
               CLERK OF COURT

s/cdd